under the provision for toilet soap (30 percent ad valorem), leaving the provision for castile soap (15 percent ad valorem) to be applied only to castile soap in such form or shape as is not usable for toilet soap, and that this would make the specific provision for castile soap a useless act on the part of Congress.. It was therefore found that the provision for castile soap must be construed as embracing such soap in all its forms, including such form as is usable as toilet soap. The claim at 15 percent under paragraph 80 was therefore sustained.

**No. 47173.**—Protests 25926–K, etc., of Arkansas Co., Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MAY 11, 1942

**No. 47174.**—Protests 740732–G, etc., of W. R. Zanes & Co. (Galveston).

Opinion by KINCHELOE, J. Following *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) the claim for free entry under paragraph 1750 was sustained in accordance with the facts stipulated.

**No. 47175.**—Protests 830213–G, etc., of Almo Trading & Importing Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47176.**—Protests 74803–K, etc., of Wm. J. Beer Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MAY 9, 1942

**No. 47177.**—————Protest 8421-K of International General Electric Co. Plaintiff's application for rehearing denied.

MAY 11, 1942

**No. 47178.**—Suit 4343.————*United States* v. *Canadian National Railways.* C. A. D. 202.

**No. 47179.**—Suit 4344.————*United States* v. *Geo. S. Bush & Co.* C. D. 405 reversed. C. A. D. 197.

**No. 47180.**—Suit 4374.————*Centennial Flouring Mills Co., Geo. S. Bush & Co., Inc.* v. *United States.* C. D. 484 reversed. C. A. D. 200.